**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Michelle Hartman v. Wayne Correll and Peggy Correll

Appellate case number:   01-15-00415-CV

Trial court case number: 2012-38756

Trial court:             151st District Court of Harris County

      This appeal was stayed pursuant to a notice of bankruptcy stay, filed in this Court on May 27, 2015, stating that appellee/cross-appellant, Wayne Correll, had filed, on May 20, 2015, a petition for relief under Chapter 13 of Title 11, United States Code, in Case 15-32769, in the United States Bankruptcy Court for the Southern District of Texas. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). Appellant/cross-appellee Michelle Hartman has notified this Court that the bankruptcy case has been dismissed and provided a copy of the bankruptcy court's "Order Dismissing Case with Prejudice to Refiling Another Case for 180 Days," signed and entered on August 20, 2015. Accordingly, we **reinstate the case** on the Court's docket. *See* TEX. R. APP. P. 8.3(a).

      The clerk's record, received on June 9, 2015, and the reporter's record (volume 7 of 10), received on July 10, 2015, are filed in this appeal. *See* TEX. R. APP. P. 8.2.

      The remainder of the reporter's record is due to be filed within 30 days of the date of this order.

      It is so ORDERED.


Judge's signature:     /s/ Terry Jennings
              ☑ Acting individually     ☐ Acting for the Court

Date: September 15, 2015